IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAYLEN MIGUAL MEDICINE BULL,<br><br>  Defendant. | CR 17-04-BLG-SPW-3<br><br>ORDER |

For the reasons stated on the record, JAYLEN MIGUAL MEDICINE BULL is hereby released from the custody of the U.S. Marshals Service.

DATED this 6th day of January, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE